Edwin S. Anthony, Respondent, v. Newton A. Calkins and Edwin H. Merriam, Appellants, Impleaded with Frank F. Bedell.— Judgment unanimously affirmed, with costs.

Burdick & Son, Respondent, v. Quayle & Son, Appellant.— Judgment affirmed, with costs. All concurred.

James H. Barlow v. Lehigh Valley Railroad Company.-- Motion granted. Kellogg, J., not sitting.

Robert Cartwright v. Frank H. McKinnon, as Administrator, etc., of James R. Baumes, Deceased.— Motion denied.

Elizabeth De Paris, Respondent, v. The Rutland Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Erwin A. Dunham, as Executor, etc., of Mary E. Dunham, Deceased, Respondent, v. Frank R. Silvieus and Mary A. Silvieus, Appellants.— Orders affirmed, with ten dollars costs and disbursements. All concurred.

William W. Edgarton, Respondent, v. Levy Dairy Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Herbert G. Fowler and Eugene Van Note, Respondents, v. W. Edward Corrigan, Appellant.— Judgment affirmed, with costs. All concurred. The court is unable to review the question as to whether the verdict is against the weight of the evidence upon an appeal from the judgment only.

Della Galusha, Appellant, v. First National Bank of Albany, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.